# Charles T. Berry, Esquire
Attorney at Law
Post Office Box 5023
Fairmont, West Virginia  26554

September 12, 2014

Telephone - (304) 363-3564                                     E-Mail Address:
Facsimile -- (304) 816-3117                                     cberrylaw@hotmail.com

**PRIVILEGED ATTORNEY-CLIENT COMMUNICATION**
**PRIVILEGED ATTORNEY WORK PRODUCT**

**Ronald Snyder/McCarty  30501-2**
c/o Huttonsville Correctional Center
P.O. Box 1
Huttonsville, West Virginia  26273

      RE:    United States v. Snyder
                4th Circuit Appeal
                Case No. 14-4472
                <u>Case Update</u>

Dear Mr. Snyder:

      Pursuant to our discussion, and your direction, an appeal to the Fourth Circuit Court of Appeals has been prepared and filed in your case.  I have reviewed the record in your case and have concluded that there are limited issues upon which a meritorious appeal could arguably be mounted. Therefore, I have filed a brief in your case pursuant to *Anders v. California*, 386 U.S. 739 (1967). A copy of that brief is enclosed.  In the brief, I identified the issues which I felt you might arguably raise, but stated why I believe that the each issue lacked merit or would be rejected.

      I previously sent you a copy of the transcripts of the motions hearing, plea hearing and sentencing hearing. If you have any particular issues which you wish to raise, you may file your own brief with the Court of Appeals. That brief has to be filed within 30 days.  The filing of an *Anders* brief allows you the opportunity to submit your issues for consideration by the Court. Also, the Court will independently check the entire record and will review your brief, should you decide to file one, to determine if there were appealable errors in the district court.

      I regret that after an exhaustive search, I have not been able to identify any other issues which establish error.  Please contact me should you have questions regarding this matter.  With best regards, I remain

Letter to Ronald Snyder
September 12, 2014
Page 2/2

                                                  Very truly yours,

                                                  /s/ Charles T. Berry

                                                  Charles T. Berry

Enclosures

Cc:    United States Court of Appeals for the Fourth Circuit
         Shawn A. Morgan, AUSA