Filed: January 12, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 14-4472,    US v. Ronald Snyder
                2:13-cr-00048-JPB-JSK-1

The court directs supplemental briefing as follows:

Supplemental opening brief and appendix due: 02/03/2015

Supplemental response brief due : 02/03/2015

The briefs and any supplemental appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Cathy Poulsen, Deputy Clerk